# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT M. DRUMMOND,<br><br>                    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>                    Defendant. | Case No. 2:14-cv-01300-RFB-GWF<br><br>**<u>ORDER</u>** |

On August 8, 2014, Plaintiff Robert Drummond filed an Application to Proceed *In Forma Pauperis* in this case (ECF No. 1). This Court denied Plaintiff's application without prejudice on August 15, 2014 and gave Plaintiff thirty (30) days to either amend his Application to Proceed *In Forma Pauperis* or pay the filing fee. ECF No. 2. Plaintiff has done neither. On September 17, 2014, Judge Foley issued a Report and Recommendation (ECF No. 3) in which he recommended that this case be closed. Plaintiff has not filed any objections to the Report and Recommendation. Nevertheless, this Court has conducted a *de novo* review of the filings in the case and finds that Plaintiff has not complied with this Court's Order to either amend his application or pay the filing fee. Therefore,

IT IS HEREBY ORDERED that this case is DISMISSED without prejudice.

DATED this 21st day of November, 2014.

 

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**